UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-119-T-30TBM

MARCO MORALES

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Forfeiture Money Judgment (Doc. 15) in the amount of $167,000.00, which at sentencing shall become a final order of forfeiture as to defendant Marco Morales.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained $167,000.00 in proceeds as a result of the scheme to defraud E*TRADE SECURITIES, LLC. alleged in Count One of the Indictment, in violation of 18 U.S.C. § 1343, for which he has been adjudicated guilty. Accordingly, it is hereby

ORDERED that for good cause shown, the United States' motion (Doc. 15) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Marco Morales is liable to the United States of America for a forfeiture money judgment in the amount of $167,000.00, which represents the

amount of proceeds the defendant obtained as a result of the wire fraud offense as charged in the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the $167,000.00 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 17, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-119.forfeit fj 15.wpd